**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

February 11, 2025

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Young v. Rallybrands LLC*
       Case No.: 1:24-cv-7149

Dear Judge Abrams,

    The undersigned represents Leshawn Young, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Rallybrands LLC, ("Defendant"). On consent of Defendant's Counsel the undersigned respectfully requests that the Initial Conference scheduled for February 21, 2025, at 1:30 PM (Dkt. 12) be adjourned *sine die*. The Defendant filed a Motion to dismiss (Dkts. 14-15) and in lieu of the initial conference, the Parties propose the following briefing schedule: Plaintiff shall file its response to the Defendant's Motion on March 28, 2025, and the Defendant shall file its reply on April 18, 2025.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Application granted. The Court adopts the briefing schedule proposed above.

SO ORDERED.

Hon. Ronnie Abrams
February 12, 2025